AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

JOSEPH L. KING, On Behalf of Himself and
All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **04 · 10038 NG**

BIOPURE CORPORATION, THOMAS A. MOORE,
CARL W. RAUSCH and RONALD F. RICHARDS

TO: (Name and address of defendant)

Ronald F. Richards
BIOPURE CORPORATION
11 Hurley Street
Cambridge, MA  02141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>MILBERG WEISS BERSHAD HYNES &<br>  LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Bruce G. Murphy<br>LAW OFFICES OF BRUCE G. MURPHY<br>265 Llwyds Lane<br>Vero Beach, FL 32963<br>772-231-4202 |

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JAN - 8 2004
DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE<br>JANUARY 9, 2004 |
|---|---|
| NAME OF SERVER (PRINT)<br>BURTON M. MALKOFSKY | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. ~~DANIELLE/FRAZER~~ HAZEL FERNEY, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT RONALD F. RICHARDS. SAID SERVICE WAS MADE AT BIOPURE CORP., 11 HURLEY STREET, CAMBRIDGE, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL<br>$10.00 | SERVICES<br>$25.00 | TOTAL<br>$35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JANUARY 9, 2004
                    Date

Signature of Server: *Burton M. Malkofsky*

707 E. 6th ST., SOUTH BOSTON, MASS.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure