# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, on behalf herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>　　　　Defendants. | Civil Action No. 03-CV-12628 |
| JOHN G. ESPOSITO, JR., D.D.S., on behalf himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>　　　　Defendants. | Civil Action No. 04-CV-10013 |
| JOSEPH L. KING, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>　　　　Defendants. | Civil Action No. 04-CV-10038 |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| Michael E. CRIDEN, on behalf himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>      Defendants. | Civil Action No. 04-CV-10046 |
| ISRAEL SHURKIN and SHARON SHURKIN on behalf themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>      Defendants. | Civil Action No. 04-CV-10055 |
| JAMES J. NIZZO and VIRGINIA C. NIZZO, as JOINT TENANTS and CARLO CILIBERTI, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>      Defendants. | Civil Action No. 04-CV-10065 |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| BARRY BROOKS, on behalf himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10077 |
| ANASTASIOS PERLEGIS, on behalf himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>       Defendants. | Civil Action No. 04-CV-10078 |
| MARTIN WEBER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>       Defendants. | Civil Action No. 04-CV-10090 |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| BRUCE HAIMS, on behalf himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>       Defendants. | Civil Action No. 04-10144 |
| MODEL PARTNERS LIMITED, on behalf themselves and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>       Defendants. | Civil Action No. 04-CV-10155 |
| JUNE E. PATENAUDE, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>       Defendants. | Civil Action No. 04-CV-10179 |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| NANCY L. PINCKNEY and GERTRUDE PINCKNEY, on behalf themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>    Defendants. | Civil Action No. 04-CV-10189 |
| W. KENNETH JOHNSON, on behalf himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>    Defendants. | Civil Action No. 04-CV-10190 |
| GREGORY KRUSZKA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>    Defendants. | Civil Action No. 04-CV-10202 |

**CERTIFICATE OF SERVICE**

I, Veronica McAllister, hereby certify that I caused a true copy of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; Memorandum of Law in Support of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; Declaration of Jeffrey C. Block in Support of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; and [Proposed] Order Consolidating Related Cases and Appointing Lead Plaintiff and Lead Counsel to be served electronically and/or by first class mail on March 1, 2004 to the parties on the attached service list.

March 1, 2004                                             /s/ Veronica McAllister

## BIOPURE CORPORATION SERVICE LIST

**Berman DeValerio Pease Tabacco Burt & Pucillo**
Jeffrey C. Block
Patrick T. Egan
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

**Bernstein Liebhard & Lifshitz, LLP**
Mel E. Lifshitz
10 East 40th Street
New York, NY 10016
(212) 779-1414

**Bernstein Litowitz Berger & Grossmann LLP**
Daniel L. Berger
Gerald H. Silk
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

**Cauley Geller Bowman & Rudman, LLP**
Samuel H. Rudman
Russell J. Gunyan
200 Broadhollow Road
Suite 406
Melville, NY 11747
**(631) 367-7100**

**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
Steven J. Toll
Julie Goldsmith
1100 New York Avenue, NW
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

**Emerson Poynter LLP**
John G. Emerson
Scott E. Poynter
P.O. Box 164810
Little Rock, AR 72216
(501) 907-2555

**Fruchter & Twersky**
Jack G. Fruchter
One Penn Plaza, Suite 1910
New York, NY 10019
**(212) 279-5050**

**Gilman and Pastor, LLP**
David Pastor
Peter Lagorio
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
**(781) 231-7850**

**Goodkind Labaton Rudoff & Sucharow LLP**
Jonathan M. Plasse
Christopher J. Keller
100 Park Avenue
New York, NY 10017
(212) 907-0700

**Law Offices of Bernard M. Gross, P.C.**
Deborah R. Gross
Robert P. Fruitkin
1515 Locaust Street, 2nd Floor
Philadelphia, PA 19102
(215) 561-3600

**Jaroslawicz and Jaros**
David Jaroslawicz
150 William Street, 19th Floor
New York, NY 10038
(212) 227-2780

**Kaplan Fox & Kilsheimer**
Laurence D. King
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
(415) 772-4700

**Kaplan Fox & Kilsheimer**
Frederic S. Fox
Joel B. Strauss
Hae Sung Nam
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980

**Levin Fishbein Sedran & Berman**
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

**Lockridge Grindal Nauen P.L.L.P.**
Richard A. Lockridge
Karen Hanson Riebel
100 Washington Avenue South, Suite 2200
Mimmeapolis, MN 55401
(612) 339-6900

**Marks & Artau, P.A.**
Jeffrey S. Marks
2499 Glades Road, Suite 308
Boca Raton, FL 33431
(561) 416-9801

**Milberg Weiss Bershad Hynes & Lerach LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300

**Moultan & Gans, P.C.**
Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979

**Law Offices of Bruce G. Murphy**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(772) 231-4202

**Perkins Smith & Cohen, LLP**
Susan E. Stenger
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

**Law Offices of Charles Piven**
World Trade Center
401 E. Pratt St., Suite 2525
Baltimore, MD 21202
(410) 332-0030

**Pomerantz Haudek Block Grossman & Gross LLP**
Marc I. Gross
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

**Rabin, Murray & Frank LLP**
Marvin L. Frank
Eric J. Belfi
Gregory B. Linkh
275 Madison Avenue, 8th Floor
New York, NY 10016
(212) 682-1818

**Schiffrin & Barroway, LLP**
Marc A. Topaz
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

**Stull, Stull & Brody**
Jules Brody
Howard T. Longman
6 East 45th Street
New York, NY 10017
(212) 687-7230

**Law Offices of Curtis V. Trinko, LLP**
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY 10036
(212) 490-9550

**Law Offices of Richard J. Vita**
77 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 426-6566

**Wechsler Harwood LLP**
Robert Harwood
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400

**Zwerling, Schachter & Zwerling, LLP**
Susan Salvetti
Shayne J. Fuchs
845 Third Avenue
New York, NY 10022
(212) 223-3900

**COUNSEL FOR PLAINTIFFS**

Eunice E. Lee
Robert A. Buhlman
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

**COUNSEL FOR DEFENDANTS**