UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

CAROLYN GREENE, on Behalf of Herself )
and All Others Similarly Situated, )
    Plaintiff, )
                     )
    v. )      Civ. No. 03-12628-NG
                     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

JOHN G. ESPOSITO, JR., on Behalf of )
Himself and All Others Similarly )
Situated, )
    Plaintiff, )
                     )
    v. )      Civ. No. 04-10013-NG
                     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

JOSEPH L. KING, on Behalf of Himself )
and All Others Similarly Situated, )
    Plaintiff, )
                     )
    v. )      Civ. No. 04-10038-NG
                     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

MICHAEL E. CRIDEN, on Behalf of Himself )
and All Others Similarly Situated, )
    Plaintiff, )
                     )
    v. )      Civ. No. 04-10046-NG
                     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
and CARL W. RAUSCH, )
    Defendants. )

---

```
ISRAEL SHURKIN and SHARON SHURKIN, on  )
Behalf of Themselves and All Others    )
Similarly Situated,                    )
     Plaintiffs,                       )
                                       )
     v.                                )     Civ. No. 04-10055-NG
                                       )
BIOPURE CORPORATION, THOMAS A. MOORE,  )
and CARL W. RAUSCH,                    )
     Defendants.                       )
```

```
JAMES J. NIZZO, VIRGINIA C. NIZZO and  )
CARLO CILIBERTI, on Behalf of Themselves)
and All Others Similarly Situated,     )
     Plaintiffs,                       )
                                       )
     v.                                )     Civ. No. 04-10065-NG
                                       )
BIOPURE CORPORATION, THOMAS A. MOORE,  )
CARL W. RAUSCH and RONALD F. RICHARDS, )
     Defendants.                       )
```

```
BARRY BROOKS, on Behalf of Himself     )
and All Others Similarly Situated,     )
     Plaintiff,                        )
                                       )
     v.                                )     Civ. No. 04-10077-NG
                                       )
BIOPURE CORPORATION, THOMAS A. MOORE,  )
CARL W. RAUSCH and RONALD F. RICHARDS, )
     Defendants.                       )
```

```
ANASTASIOS PERLEGIS, on Behalf of    )
Himself and All Others Similarly     )
Situated,                            )
     Plaintiff,                      )
                                     )
     v.                              )        Civ. No. 04-10078-NG
                                     )
BIOPURE CORPORATION, THOMAS A. MOORE,)
CARL W. RAUSCH and RONALD F. RICHARDS,)
     Defendants.                     )
```

```
MARTIN WEBER, on Behalf of Himself   )
and All Others Similarly Situated,   )
     Plaintiff,                      )
                                     )
     v.                              )        Civ. No. 04-10090-NG
                                     )
BIOPURE CORPORATION, THOMAS A. MOORE,)
CARL W. RAUSCH and RONALD F. RICHARDS,)
     Defendants.                     )
```

```
BRUCE HAIMS, on Behalf of Himself    )
and All Others Similarly Situated,   )
     Plaintiff,                      )
                                     )
     v.                              )        Civ. No. 04-10144-NG
                                     )
BIOPURE CORPORATION, THOMAS A. MOORE,)
CARL W. RAUSCH and RONALD F. RICHARDS,)
     Defendants.                     )
```

```
MODEL PARTNERS LIMITED, Individually )
and on Behalf of All Others Similarly)
Situated,                            )
     Plaintiff,                      )
                                     )
     v.                              )        Civ. No. 04-10155-NG
                                     )
BIOPURE CORPORATION, THOMAS A. MOORE,)
CARL W. RAUSCH and RONALD F. RICHARDS,)
     Defendants.                     )
```

---

JUNE E. PATENAUDE, on Behalf of Herself )
and All Others Similarly Situated, )
    Plaintiff, )
     )
     )
    v. )          Civ. No. 04-10179-NG
     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

NANCY L. PINCKNEY, and GERTRUDE )
PINCKNEY, on Behalf of Themselves and )
All Others Similarly Situated, )
    Plaintiffs, )
     )
     )
    v. )          Civ. No. 04-10189-NG
     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

W. KENNETH JOHNSON, on Behalf of )
HIMself and All Others Similarly )
Situated, )
    Plaintiff, )
     )
    v. )          Civ. No. 04-10190-NG
     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

---

GREGORY KRUSZKA, on Behalf of Himself )
and All Others Similarly Situated, )
    Plaintiff, )
     )
    v. )          Civ. No. 04-10202-NG
     )
BIOPURE CORPORATION, THOMAS A. MOORE, )
CARL W. RAUSCH and RONALD F. RICHARDS, )
    Defendants. )

ORDER OF CONSOLIDATION AND APPOINTMENT
OF LEAD PLAINTIFF AND LEAD COUNSEL
May 14, 2004

This Court, having considered the motions of various

plaintiffs (including Ronald Erickson) for consolidation,

appointment as lead plaintiffs, and approval of selection of lead

counsel, and the memoranda of law and declaration of Bradley

Dyer, in support thereof, and good cause appearing therefor,

hereby makes the following order:

I.    **CONSOLIDATION**

All actions identified in the captions above and any other

related actions which have been or will be filed against Biopure

Corporation and additional defendants for violation of the

Securities Exchange Act of 1934 shall be hereby consolidated.

The Caption of those consolidated class actions shall be "IN

RE BIOPURE CORPORATION SECURITIES LITIGATION" and the files of

these consolidated actions shall be maintained in one master file

under **Master File No. 03-CV-12628-NG.**  Any other related

individual or class actions now pending or hereafter filed in the

District Court of Massachusetts shall be consolidated as part of

the In re Biopure Securities Litigation as and when they are

brought to the attention of the Court.

**Henceforth, every pleading or other such document in these**

**consolidated actions which ordinarily contains a pleading**

**caption, shall bear the following caption:**

-5-

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | ) ) ) ) |

Master File No. 03-12628-NG

## II.  APPOINTMENT OF LEAD PLAINTIFF

Having considered the provisions of Section 21D (a)(3)(B) of the Securities Exchange Act of 1934, it is hereby ordered that Ronald Erickson is the "most adequate plaintiff" and that Ronald Erickson satisfies the requirements of the Exchange Act.  The Court hereby appoints Ronald Erickson as Lead Plaintiff in this action.

## III. APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Pursuant to §21D(a)(3)(B)(v) of the Exchange Act, Lead Plaintiffs have selected and retained the law firm of Stull, Stull & Brody as lead counsel, and the law firm of Shapiro Haber & Urmy LLP as co-lead counsel and Liaison Counsel.  The Court approves Lead Plaintiff Ronald Erickson's retention of counsel and appoints Stull, Stull & Brody as lead counsel, and Shapiro Haber & Urmy LLP as co-lead counsel and Liaison Counsel.

SO ORDERED.

Dated: May 14, 2004                          s/NANCY GERTNER, U.S.D.J.