UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH L. KING, On Behalf of Himself And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>                Defendants. | ) Case No. 1:04-cv-10038 (NG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE IN FIRM NAME

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad Hynes & Lerach LLP has changed its name to Milberg Weiss Bershad & Schulman LLP. The office address and telephone and facsimile numbers remain the same.

DATED:     May 12, 2004

                                                  Respectfully submitted:

                                                  **MILBERG WEISS BERSHAD**
                                                  **& SCHULMAN LLP**

                                                  By: _____
                                                  Steven G. Schulman
                                                  Peter E. Seidman
                                                  Sharon M. Lee
                                                  One Pennsylvania Plaza
                                                  New York, NY 10119
                                                  (212) 594-5300
                                                  (212) 868-1229

                                                  **Attorneys for Plaintiff Joseph L. King**
                                                  **and Proposed Lead Plaintiff William E.**
                                                  **Homeyer, Jr., William Kim, Gernot**
                                                  **Buerger, Thomas Echlin, and Richard M.**
                                                  **Acuna**

**CERTIFICATE OF SERVICE**

I, Sharon M. Lee, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 12th day of May 2004.

1. NOTICE OF CHANGE IN FIRM NAME

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sharon M. Lee

## Service List

**Plaintiffs' Counsel:**

David Pastor
Peter A. Lagorio
Gilman and Pastor, LLP
Suite 500
Stonehill Corporate Center
999 Broadway
Saugus, MA 01906

Jules Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Jeffrey C. Block
Patrick T. Egan
Berman DeValerio Pease
 Tabacco Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109

Susan E. Strenger
Perkins Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Deborah R. Gross
Law Offices of Bernard M. Gross, PC
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

Robert P. Fruitkin
Law Offices of Bernard M. Gross, PC
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

Scott E. Poynter
Emerson Poynter LLP
Investor Relations Department
1509 Louisiana, Suites C & D
Little Rock, AR 72202-5094

Samuel H. Rudman
David A. Rosenfeld
Geller Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Shaye J. Fuchs
Zwerling, Schachter & Zwerling, LLP
615 Merrick Avenue
Westbury, NY 11590-6622

Robert Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Christopher Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017

Seth Ottensoser
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Andrew G. Tolan
Pomerantz Haudek Block Grossman &
Gross LLP
100 Park Avenue
26th Floor
New York, NY 10017

Steven J. Toll
Robert Smits
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower – Suite 500
Washington, D.C. 20005

DOCS\182684v1

Pamela E. Kulsrud
Kirby McInerney & Squire, LLP
830 Third Avenue
New York, NY 10022

Leigh R. Lasky
Lasky & Rifkind, Ltd.
100 Park Avenue
12th Floor
New York, NY 10017

Marc A. Topaz
Stuart L. Berman
Schriffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Jack Fruchter
Abraham, Fruchter & Twersky LLP
One Pennsylvania Plaza
Suite 1910
New York, NY 10119

**Defendants' Counsel**

Eunice E. Lee
Robert A. Buhlman
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

DOCS\182684v1